IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAIRON ALEXANDER GALLEGO-VILLADA, | : : | |
| Petitioner | : : | |
| | : | No. 1:20-cv-01737 |
| v. | : : | |
| | : | (Judge Kane) |
| WARDEN OF CLINTON COUNTY CORRECTIONAL FACILITY, et al., | : : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 30th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket in the above-captioned case to reflect that Petitioner's proper name is Bairon Alexander Gallego-Villada;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file a new § 2241 petition in the event his scheduled removal is no longer imminent and should he not be provided a Guerrero-Sanchez hearing to review his custody status at that time; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania